IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THOMAS TERRAIL NOLEN                                                                            PLAINTIFF

v.                                            Case No. 6:20-cv-06112

OFFICER JEREMY LEDBETTER;
OFFICER CHAD LEDBETTER;
PAROLE OFFICER DANNY MARSTT;
and DEPUTY/OFFICER JOHN DOES                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 29, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 67). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that Defendant Jeremy Ledbetter be terminated as a Defendant in this lawsuit.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant Jeremy Ledbetter are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 20th day of December 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1